IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:17-CV-00096-FL

| MAJOR WRIGHT, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | |
| ANDREW SAUL,<br>Commissioner of Social Security[1] | ) | ORDER FOR ENTRY OF<br>FINAL JUDGMENT |
| Defendant. | ) | |

This matter is before the Court on the motion of the Commissioner for entry of final judgment in this matter. The Administrative Law Judge rendered a favorable decision to Plaintiff on December 30, 2019, and neither party contests said decision.

Therefore, it is ORDERED that final judgment be entered in this case in accordance with the decision of the Administrative Law Judge.

This __14th__ day of July, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Andrew Saul is now the Commissioner of Social Security, and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 U.S.C § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).