UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| MAJOR WRIGHT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| | ) | No. 4:17-CV-96-FL |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 14, 2020, that the Administrative Law Judge rendered a favorable decision to plaintiff on December 30, 2019, which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on July 14, 2020, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Keeya M. Jeffrey (via CM/ECF Notice of Electronic Filing)


July 14, 2020				PETER A. MOORE, JR., CLERK
					  /s/ Sandra K. Collins
					(By) Sandra K. Collins, Deputy Clerk