UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MAJOR WRIGHT )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:17-CV-96-FL
ANDREW SAUL, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 24, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,300.00 plus reimbursement of $400.00 for filing fees.

**This Judgment Filed and Entered on July 24, 2020, and Copies To:**
Charlotte Williams Hall   (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

July 24, 2020                          PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk